FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2023

No. 04-22-00480-CV

**NSC ELECTRONICS INC** (Sigmatron International Inc),
Appellant

v.

**VAL VERDE COUNTY APPRAISAL DISTRICT**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2021-0248-CIV
Roland Andrade, Judge Presiding

## O R D E R

Appellee's brief was originally due on January 26, 2023. Before the due date, Appellee filed a motion for a sixty-day extension of time to file the brief. *See* TEX. R. APP. P. 38.6(d).

Appellee's motion is **granted**. The brief is due on March 27, 2023. *See id*. Any further motion for extension of time to file the brief will be disfavored.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2023.



MICHAEL A. CRUZ, Clerk of Court